**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RICHARD & CINDY LAHAYE, d/b/a
RICHARD LAHAYE TRUCKING, AGUA AG
ENTERPRISES, INC. & STEPHEN P. ORTEGO**                     **PLAINTIFFS**

**v.**                                    **4:06CV0370  JMM**

**CONTRACT FREIGHTERS, INC., d/b/a
CFI & DAVID B. WINTERS**                                    **DEFENDANTS**

## ORDER

Pending is the motion of Separate Defendant, Contract Freighters, Inc., d/b/a CFI ("CFI")

to compel (docket # 24).  CFI propounded interrogatories and requests for production of

documents to Separate Defendant David Winters ("Winters") on October 11, 2006.  As of the

filing of the pending motion, Winters had failed to provide responses.  Winters has also not

responded to the motion to compel.

For good cause shown, the motion to compel is GRANTED.  Separate Defendant Winters

is directed to provide full and complete responses to the outstanding discovery requests on or

before February 20, 2007.

IT IS SO ORDERED this 6th day of February, 2007.



James M. Moody
United States District Judge