**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RICHARD & CINDY LAHAYE, d/b/a**
**RICHARD LAHAYE TRUCKING, AGUA AG**
**ENTERPRISES, INC. & STEPHEN P. ORTEGO**                    **PLAINTIFFS**

**v.**                              **4:06CV0370  JMM**

**CONTRACT FREIGHTERS, INC., d/b/a**
**CFI & DAVID B. WINTERS**                                   **DEFENDANTS**

## ORDER

Pending is the motion of Separate Defendant, Contract Freighters, Inc., d/b/a CFI ("CFI") to compel (docket # 29).  For good cause shown, the motion is GRANTED.  Separate Plaintiff Steven Ortego is directed to provide copies of his income tax returns for the past four years along with a signed authorization for the release of his income tax returns on or before March 13, 2007.

IT IS SO ORDERED this 6th day of March, 2007.

*/s/ James M. Moody*
James M. Moody
United States District Judge