IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RICHARD & CINDY LAHAYE, d/b/a**
**RICHARD LAHAYE TRUCKING, AGUA AG**
**ENTERPRISES, INC. & STEPHEN P. ORTEGO**                    **PLAINTIFFS**

**v.**                              **4:06CV0370  JMM**

**CONTRACT FREIGHTERS, INC., d/b/a**
**CFI & DAVID B. WINTERS**                                    **DEFENDANTS**

**ORDER**

Pending is Plaintiff's motion to compel discovery of other lawsuits against Defendant since 2001 involving collisions of its trucks with other vehicles on interstate highways.  (Docket # 25).  The court finds the information requested discoverable but will limit the request to information pertaining to lane to lane impact on interstate highways with other trucks within the last three years.  Defendant CFI is directed to provide responses to Interrogatory Nos. 13 and 14 as limited herein within twenty (20) days of this Order.

IT IS SO ORDERED this 8th day of March, 2007.

_____
James M. Moody
United States District Judge