IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICHARD & CINDY LAHAYE, d/b/a
RICHARD LAHAYE TRUCKING, AGUA AG
ENTERPRISES, INC. & STEPHEN P. ORTEGO                                PLAINTIFFS

v.                                          4:06CV0370 JMM

CONTRACT FREIGHTERS, INC., d/b/a
CFI & DAVID B. WINTERS                                                DEFENDANTS

## ORDER

Pending is Defendant's motion to strike the answer of Separate Defendant David Winters. (Docket # 30). Defendant argues that Winters failed to comply with the Court's order directing him to respond to discovery responses. Winters has now responded. Accordingly, the Court finds that Defendant's motion should be, and hereby is, DENIED.

IT IS SO ORDERED this 13th day of March, 2007.

_____
James M. Moody
United States District Judge