*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

RICHARD LaHAYE, et al                                             PLAINTIFFS

vs.                    CASE NO.  4:06cv00370 JMM

CONTRACT FREIGHTERS, INC., et al                                  DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed. The settlement conference scheduled April 18, 2007, before Magistrate Judge Beth Deere and jury trial scheduled April 30, 2007, are canceled.

The complaint and all claims in this action are hereby dismissed with prejudice. All pending motions are deemed moot.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 12th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE